UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Rabbi Hossain,

                  Plaintiff,

    v.

Markwayne Mullin, Secretary U.S. DHS,
et al.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

26-cv-2729 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-26

## ORDER

KAPLAN, District Judge.

       As scheduled by the April 14, 2026 order, the initial pretrial conference was held today. Plaintiff's counsel failed to appear and defendant's counsel only attended after a telephone reminder from chambers.

       The AUSA in attendance reported to the Court that the Government's answer will be filed by June 8, 2026. Accordingly, the next pretrial conference will be held on June 11, 2026 at 11:00 AM in Courtroom 21b. Counsel of record are required to attend.

DATED: May 7, 2026

                              Lewis A. Kaplan
                       United States District Judge