Case 1:26-cv-02729-LAK Document 19 Filed 11/18/26 Page 1 of 2

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-19-26

November 18, 2026

Case dismissed as moot. Clerk to close case.

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/19/26

By ECF
Hon. Judge Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Hossain v. Mullin et al.*, No. 26 Civ. 2729 (LAK)

Dear Judge Kaplan:

This Office represents the Government in the above-referenced case, in which the Plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485 Application to Register Permanent Residence or Adjust Status. The Government's response to the complaint is due today. ECF No. 18. I write respectfully to request that the Court dismiss this case as moot, or, alternatively, grant the Government a two-week extension of time to file its response to the complaint (i.e., a motion to dismiss), until December 2, 2026.

On November 17, 2026, USCIS denied Plaintiff's Form I-485 application, and I forwarded a copy of that denial notice to Plaintiff's counsel by email on the same date. A copy of the denial is attached to this letter. USCIS's adjudication of the Form I-485 application renders this action moot because the relief requested by Plaintiff has been granted. The Government therefore respectfully requests that the Court dismiss this case as moot. *See, e.g.*, *Balde v. Nielsen*, No. 18 Civ. 9597 (PAE) 2019 WL 2387794, at *3 (S.D.N.Y. June 6, 2019) ("Because the sole issue in this case—compelling the adjudication of the I-130 petition—is moot, the Court lacks subject matter jurisdiction over this action."); *Yu Mei Chen v. Nielsen*, 363 F. Supp. 3d 333, 337 (E.D.N.Y. 2019) (case seeking order compelling adjudication of I-485 application moot after USCIS denied the application); *Li v. Napolitano*, No. 08 Civ. 7353 (JGK), 2009 WL 2358621, at *3 (S.D.N.Y. July 30, 2009) ("In the immigration and naturalization context, courts have dismissed cases as moot where the executive agency to which the plaintiff has applied grants the relief sought in the complaint prior to the court's adjudication." (collecting cases)); *see also Tann v. Bennett*, 807 F.3d 51, 52 (2d Cir. 2016) ("A case is moot when the issues presented are no longer live or the parties lack a legally cognizable interested in the outcome." (citations and quotation marks omitted)).

If the Court would prefer a formal motion to dismiss, I respectfully request a two-week extension of the Government's deadline to respond to the complaint, so that I may prepare and file a motion to dismiss on the grounds set forth above. This is the Government's fifth request for an extension in this case. Plaintiff consents to the extension request.

I thank the Court for its consideration of these requests, and I apologize to the Court for making these requests on the date when the Government's response is due.